**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BRIAN MEYERS, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GARMIN INTERNATIONAL, INC., )<br>*et al.*, )<br>)<br>Defendants. ) | Case No. 13-CV-2416-CM-GLR |

**DEFENDANTS' MOTION TO EXPEDITE THE BRIEFING SCHEDULE**

Pursuant to the Court's order of October 29, 2013 (Doc. 15) and Local Rule 6.1(d), defendants Garmin International, Inc. and Garmin U.S.A., Inc. (collectively, "Defendants") move to expedite the time plaintiff Brian Meyers ("Plaintiff") has to respond to Defendants' Motion to Dismiss Amended Complaint (the "Motion") (Doc. 16).

Defendants filed and served the Motion today, November 1, 2013. Pursuant to Local Rule 6.1(d)(2), Plaintiff's Opposition would typically be due in 21 days, or November 22, 2013. However, as contemplated by the Court's October 29, 2013 Order, Defendants' Motion is in fact substantially similar to their Motion to Dismiss the initial Complaint, filed September 30, 2013. As a result, it would be appropriate for this Court to expedite the briefing schedule, and Plaintiff should receive substantially less than 21 days to respond to the Motion.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court expedite the briefing schedule and require Plaintiff to file and serve his response to Defendants' Motion on a date the court deems proper prior to November 22, 2013.

Dated: November 1, 2013

        Respectfully submitted,

        ROUSE HENDRICKS GERMAN MAY PC

        By    /s/ William D. Beil
            Kirk T. May        KS #22356
            William D. Beil    KS #18072
            Daniel B. Hodes   KS #24783
            1201 Walnut Street, Suite 2000
            Kansas City, MO 64106
            Tele:  (816) 471-7700
            Fax:   (816) 471-2221
            Email: billb@rhgm.com

        ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

        I hereby certify that on November 1, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

        /s/ Daniel B. Hodes
        Attorneys for Defendants